ACCEPTED
01-14-01026-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 4:33:59 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-01026-CV

IN THE COURT OF APPEALS OF TEXAS
FOR THE FIRST DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 4:33:59 PM
CHRISTOPHER A. PRINE
Clerk

ENSIGN SERVICES, LLC (F/K/A FE SERVICES, L.L.C.),
FE SERVICES HOLDINGS, INC., AND JAMES STEWART,

*Appellants,*

V.

MARC JAN LEVESCONTE

*Appellee.*

Appealed from the 333rd District Court
of Harris County, Texas, Cause No. 2009-04966

## UNOPPOSED MOTION FOR PRO HAC VICE ADMISSION OF JAMES M. HARRIS

TO THE HONORABLE COURT OF APPEALS OF TEXAS FOR THE FIRST DISTRICT OF HOUSTON, TEXAS:

Appellants Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.), FE Services Holdings, Inc., and James Stewart ("Appellants") respectfully file their Unopposed Motion for Pro Hac Vice Admission of James M. Harris pursuant to Texas Government Code Section 82.001, *et seq.* and Rule XIX of the Rules Governing Admission to the Bar of Texas. The undersigned counsel has consulted with Mr. Kelley, the attorney representing Appellee Marc Jan Levesconte ("Appellee"). Mr. Kelley states that Appellee does not oppose this motion.

1. Mr. Harris's contact information is: Seyfarth Shaw, LLP, 2029 Century Park East 3500, Los Angeles, California 90067; Phone: (310) 277-7200; Fax: (310) 201-5219; email: jmharris@seyfarth.com.

2. Emma C. Mata is an attorney licensed in Texas and will remain associated in these proceedings. Ms. Mata's contact information is: Seyfarth Shaw LLP, 700 Milam Street, Suite 1400, Houston, Texas 77002; Phone: (713) 225-2300; Facsimile: (713) 225-2340; email: emata@seyfarth.com, Texas State Bar No. 24029470.

3. Mr. Harris has not appeared or sought leave to appear in any Texas federal or state courts within the past two years.

4. Mr. Harris is an active member in good standing in each of the following courts and jurisdictions:

   a. State of California;

   b. District of Columbia;

   c. United States Court of Appeals, for the Second, Fourth, Fifth, Sixth, Ninth, and Tenth Circuits; and

   d. United States Supreme Court.

5. Mr. Harris has not been the subject of any disciplinary action by the State of California Bar, District of Columbia Bar, or any state or federal courts in any jurisdiction of the United States.

6. Mr. Harris has not been denied admission to any state or federal courts in the United States during the preceding five (5) years.

7.    Mr. Harris is familiar with the Texas State Bar Act, the Texas State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will at all times abide by and comply with same so long as this matter is pending and he has not withdrawn as counsel herein.

8.    Pursuant to Rule XIX(b) of the Rules Governing Admission to the Bar of Texas, Appellants submit Ms. Mata's motion, which contains a statement that she finds Mr. Harris to be a reputable attorney and recommending that Mr. Harris be granted permission to participate in this matter before this Court. *See* Exhibit A, E. Mata's Rule XIX(b) Motion.

9.    Pursuant to Rule XIX(c) of the Rules Governing Admission to the Bar of Texas, Appellants submit the Non-Resident Acknowledgement Letter from the Texas State Board of Law Examiners. *See* Exhibit B, Acknowledgement Letter.

WHEREFORE, Appellants respectfully request that this Motion be granted and grant such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

*/s/ Robert J Carty, Jr.*

Emma C. Mata
Texas Bar No. 24029470
emata@seyfarth.com
Robert J. Carty, Jr.
Texas Bar No. 00788794
rcarty@seyfarth.com
Seyfarth Shaw LLP
700 Milam St., Suite 1400
Houston, Texas 77002
Telephone:  (713) 225-2300
Facsimile :  (713) 225-2340


Wanda McKee Fowler
Texas Bar No. 13698700
fowler@wrightclose.com
Wright & Close LLP
Three Riverway, Suite 600
Houston, Texas 77056
Telephone:  (713) 572-4321
Facsimile:  (713) 572-4320


**ATTORNEYS FOR APPELLANTS
ENSIGN SERVICES, L.L.C.
(F/K/A FE SERVICES, L.L.C.),
FE SERVICES HOLDINGS, INC., AND
JAMES STEWART**

## CERTIFICATE OF CONFERENCE

I certify that, on June 5, 2015, I conferred with Appellee's counsel, Lloyd Kelley; and that Mr. Kelley informed me that Appellee does not oppose this Motion.


*/s/ Emma C. Mata*
Emma C. Mata


## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2015, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record for Marc Jan LeVesconte, Cross-Appellant/Appellee in accordance with the Texas Rules of Appellate Procedure, as follows:

Lloyd E. Kelley
THE KELLEY LAW FIRM
2726 Bissonnet, Ste. 240 PMB 12
Houston, Texas 77005
(281) 652-5973 - fax
**Attorney for Plaintiff**


*/s/ Emma C. Mata*
Emma C. Mata

# EXHIBIT A

No. 01-14-01026-CV

## IN THE COURT OF APPEALS OF TEXAS
## FOR THE FIRST DISTRICT
## HOUSTON, TEXAS

## ENSIGN SERVICES, LLC (F/K/A FE SERVICES, L.L.C.),
## FE SERVICES HOLDINGS, INC., AND JAMES STEWART,

*Appellants,*

## V.

## MARC JAN LEVESCONTE

*Appellee.*

Appealed from the 333rd District Court
of Harris County, Texas, Cause No. 2009-04966

## EMMA C. MATA'S MOTION PURSUANT TO RULE XIX(B) OF THE
## RULES OF GOVERNING ADMISSION TO THE BAR OF TEXAS

TO THE HONORABLE COURT OF APPEALS OF TEXAS FOR THE FIRST DISTRICT OF HOUSTON, TEXAS:

Emma C. Mata respectfully files her motion pursuant to Rule XIX(b) of the Rules of Governing Admission to the Bar of Texas in support of Appellants Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.), FE Services Holdings, Inc., and James Stewart ("Appellants") Unopposed Motion for Pro Hac Vice Admission of James M. Harris. The undersigned counsel hereby finds that Mr. Harris is a reputable attorney and move that Mr. Harris be granted permission to participate in this matter before this Court.

WHEREFORE, Emma C. Mata, on behalf of Appellants, hereby respectfully request that this Motion be granted and grant such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

/s/ Emma C. Mata

Emma C. Mata
Tex. Bar No. 24029470
emata@seyfarth.com
SEYFARTH SHAW LLP
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Telecopier: (713) 225-2340

*Attorneys for Appellants Ensign Services, L.L.C.*
*(f/k/a FE Services, L.L.C.),*
*FE Services Holdings, Inc., and James Stewart*

# EXHIBIT B

**Board of Law Examiners**
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
June 03, 2015

JAMES MICHAEL HARRIS
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST 3500
LOS ANGELES CA 90067-3021

Application Received:   6/3/15

Cause/Texas Court of Record:   01-14-01026-CV   COURT OF APPEALS FOR THE 1ST DISTRICT

FROM:   Angus Tilney, Licensure Analyst, 512-463-5409

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address

Post Office Box 13486          Telephone: 512-463-1621     Facsimile: 512-463-5300     WebSite: www.ble.state.tx.us
Austin, Texas 78711-3486

Street Address

205 West 14th Street, 5th Floor
Austin, Texas 78701